UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CR-22-TAV-DCP-1 |
| DEWAYNE SMITH, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on September 16, 2022 [Doc. 147]. Judge Poplin recommends that the Court deny defendant's motion to suppress [Doc. 142]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 147]. Defendant's motion to suppress [Doc. 142] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE